UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Kathleen J. Gwozdz

Case No.: 17-26552
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable   John K. Sherwood   on   February 27, 2018   at   10:00   a.m. at the United States Bankruptcy Court, Courtroom no.   3D  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  1251 Waterloo Road
Stanhope, NJ 07874
Value : $177,000.00

Liens on property:  Nationstar Mortgage
$157,907.25

Amount of equity claimed as exempt:  $1,392.75

Objections must be served on, and requests for additional information directed to:

Name:  Nancy Isaacson
Address:  75 Livingston Avenue, Suite 301, Roseland, NJ  07068-3701
Telephone No.:  (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Kathleen J. Gwozdz
       Debtor

Case No. 17-26552-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 24, 2018
                    Form ID: pdf905     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
```
db             +Kathleen J. Gwozdz,    1251 Waterloo Road,    Stanhope, NJ 07874-3480
517006970       Bank of America,    PO Box 15719,    Wilmington, DE 198865719
517006971      +Citi,    Box 6241,    Sioux Falls, SD 57117-6241
517006975      +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
517006976       Wells Fargo Card Services,    PO Box 77053,    Minneapolis, MN 55480-7753
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2018 23:40:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2018 23:40:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517006972       E-mail/Text: mrdiscen@discover.com Jan 24 2018 23:39:51      Discover,    PO Box 15316,
                 Wilmington, DE 19850
517006973       E-mail/Text: cio.bncmail@irs.gov Jan 24 2018 23:40:09      Internal Revenue Service,
                 PO Box 9052,    Andover, MA 01810
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
517006974*         Internal Revenue Service-new,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren     on behalf of Debtor Kathleen J. Gwozdz joan@joanlaverylaw.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```