Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17–26552–JKS
> Chapter: 7
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathleen J. Gwozdz
   1251 Waterloo Road
   Stanhope, NJ 07874

Social Security No.:
   xxx–xx–3242

Employer's Tax I.D. No.:

---

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Nancy Isaacson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 20, 2018</u>         <u>John K. Sherwood</u>
                                     Judge, United States Bankruptcy Court